CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

APR 17 2008

Clerk, U.S. District and
Bankruptcy Courts

HUNTER INNOVATIONS COMPANY  )
)
)
)
vs           Plaintiff  )   Civil
)
)   Case: 1:08-cv-00671
THE TRAVELERS IND. CO. OF  )   Assigned To : Friedman, Paul L.
CONN., et al.              )   Assign. Date : 4/17/2008
)   Description: Contract
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __HUNTER INNOVATIONS COMPANY__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

463248
BAR IDENTIFICATION NO.

Geoffrey M. Bohn
Print Name

P.O. Box 17811
Address

Arlington        VA        22216-7811
City             State     Zip Code

(703) 599-7076
Phone Number

2