AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HUNTER INNOVATIONS COMPANY

**SUMMONS IN A CIVIL CASE**

V.

THE TRAVELERS IND. CO. OF CONN., et al.

CASE N
Case: 1:08-cv-00671
Assigned To : Friedman, Paul L.
Assign. Date : 4/17/2008
Description: Contract

TO: (Name and address of Defendant)

STEPHEN BRADY
111 Schilling Road
Hunt Valley, MD 21031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Geoffrey M. Bohn
BOHN & KOURETAS, PLC
P.O. Box 17811
Arlington, VA 22216

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      APR 17 2008

CLERK      DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hunter Innovations Company<br><br>Plaintiff<br><br>v.<br><br>The Travelers Indemnity Company of Connecticut<br>aka/dba The Travelers Indeminity Company aka/dba The<br>Travelers Group aka/dba St. Paul Travelers, et al.<br>Defendant | Case No.: 1:08-cv-00671 PLF |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Leslie Roth, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint with Exhibit 1, and Initial Electronic Case Filing Order
SERVE TO: Stephen Brady
SERVICE ADDRESS: 4231 Soth Avenue, Baltimore, Maryland 21236

DATE SERVED: June 29, 2008    TIME SERVED: 9:10 AM
PERSON SERVED: Catherine Brady, wife of Stephen Brady, a person of suitable age and discretion who stated that he/she resides therein with Stephen Brady.

Catherine Brady is described herein as:
Gender: Female    Race/Skin: White    Hair: Brown    Age: 35    Height: 5'4"    Weight: 110

COMMENTS:


I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6/30/08
Executed on:

Leslie Roth
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004080                                                                                                          Client Reference: 165